## Shoop *v.* Herr's Motor Express, Appellant.

 Argued June 14, 1966. *James E. O'Neill, Jr.,* with him *Thomas A. Riley, Jr.,* and *Rogers & O'Neill,* for appellant; *Fred T. Cadmus, III,* with him *David C. Patten,* for appellees.

Judgments affirmed.

## Smith Unemployment Compensation Case.

Argued June 16, 1966. *Roosevelt Smith, Jr.,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Acting Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.